IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

UNITED STATES OF AMERICA

Vs.                                         CASE NO. 3:11-cr-00012(7)
                                            JUDGE: SHARP
**TRAVIS HODGES/**

**AGREED UPON MOTION TO EXTEND
DEFENDANT'S DATE OF SURRENDER**

Comes Now the defendant Travis Hodges by and through his undersigned counsel and respectfully requests this Honorable Court to extend Mr. Hodges' current surrender date of October 28, 2013. In support the undersigned would show as follows:

1. Mr. Hodges appeared for sentencing before this Court on October 4, 2013. As part of his sentence the Court ordered Mr. Hodges to surrender October 28, 2013 at the institution designated by the Bureau of Prisons. Pursuant to the order Mr. Hodges has been making preparations and awaiting his notice from the FBOP.

2. The undersigned was advised this morning by the U.S. Marshal Service that Mr. Hodges has not been designated yet because the Court has not signed a Judgment and Commitment Order. The undersigned spoke to the Court's Deputy Clerk who advised the undersigned that she was hopeful but not certain that an order would be prepared in the next few weeks.